**CRIMINAL COMPLAINT**
(Electronically Submitted)

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Claudio Roman Pesqueira-Quihuis**<br>YOB: 1969; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**20-00468 MJ** |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(2)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about July 27, 2020, at or near Naco, in the District of Arizona, **Claudio Roman Pesqueira-Quihuis**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Del Rio, Texas on October 18, 2007, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(2), a felony.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

**Claudio Roman Pesqueira-Quihuis** is a citizen of Mexico. On October 18, 2007, **Claudio Roman Pesqueira-Quihuis** was lawfully denied admission, excluded, deported and removed from the United States through Del Rio, Texas. On July 27, 2020, agents found **Claudio Roman Pesqueira-Quihuis** in the United States at or near Naco, Arizona, without the proper immigration documents. **Claudio Roman Pesqueira-Quihuis** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>LMG2/AJC<br>AUTHORIZED AUSA /s/Liza Granoff | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Andrew J. Carpenter |
|---|---|
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE<sup>1)</sup> | DATE<br>July 28, 2020 |

<sup>1)</sup> See Federal rules of Criminal Procedure Rules 3, 4.1, and 54